Legal Mail
Provided to Florida State Prison on
8/14/23 for mailing by K

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
### for the
SOUTHERN District of FLORIDA

MIAMI Division

FILED BY _OM_ D.C.

AUG 21 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

CARLOS CARDONA
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

SEE ATTACHED
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Page 1 of 11

CONTINUED)

SEE ATTACHED... FROM PAGE 1 OF VI

DEFENDANT(S)

1. FACEBOOK PARENT COMPANY META AND USER; FACEBOOK CONSUMER PRIVACY USER PROFILE Litigation, C/O SETTLEMENT ADMINISTRATOR

Case 1:23-cv-23171-DBB Document 1 Entered on FLSD Docket 08/21/2023 Page 2 of 19
SEE ATTACHED... FROM PAGE 1 OF VI

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: CARLOS CARDONA
   All other names by which you have been known:
   ID Number: L03890
   Current Institution: FLORIDA STATE PRISON
   Address: P.O. BOX 800
   RAIFORD     FL     32083
   City        State   Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: FACEBOOK PARENT COMPANY META
   Job or Title (if known): SETTLEMENT ADMINISTRATOR USER
   Shield Number:
   Employer:
   Address: 1650 ARCH STREET, SUITE 2210
   PHILADELPHIA    PA    19103
   City            State  Zip Code
   ☒ Individual capacity   ☒ Official capacity

   Defendant No. 2
   Name:
   Job or Title (if known):
   Shield Number:
   Employer:
   Address:
   _____  _____  _____
   City         State    Zip Code
   ☐ Individual capacity   ☐ Official capacity

Defendant No. 3
　　Name _____
　　Job or Title *(if known)* _____
　　Shield Number _____
　　Employer _____
　　Address _____
　　　　　　　City　　　　State　　　Zip Code
　　☐ Individual capacity　　☐ Official capacity

Defendant No. 4
　　Name _____
　　Job or Title *(if known)* _____
　　Shield Number _____
　　Employer _____
　　Address _____
　　　　　　　City　　　　State　　　Zip Code
　　☐ Individual capacity　　☐ Official capacity

## II.　Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.　Are you bringing suit against *(check all that apply)*:

　　☐ Federal officials (a *Bivens* claim)

　　☒ State or local officials (a § 1983 claim)

B.　Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Allowed their Data to be accessible; see Attached

C.　Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Continued;
SEE ATTACHED..., Page 5 OF 11

II. BASIS FOR JURISDICTION

B. ID. THIRD-PARTIES WITHOUT THEIR CONSENT

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_SEE Attached;_

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_FACEBOOK SOMETIME BETWEEN 5/2007 - 12/2022_

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

(CONTINUED;

SEE ATTACHED.... PAGE 4 OF 11

II. BASIS FOR JURISDICTION

- D. FACEBOOK SOMETIME BETWEEN MAY 2007 AND DECEMBER 2022, FACEBOOK PARENT COMPANY META AND USERS CLAIMING THE SOCIAL MEDIA PLATFORM ALLOWED THEIR DATA TO BE ACCESSIBLE TO THIRD-PARTIES WITHOUT THEIR CONSENT.

Continued;

See Attached... Page 5 of M

IV. Statement of Claim

D. A California Federal Judge gave preliminary approval to a $725 Million deal with/between Facebook parent company Meta and users claiming the social media platform allowed their data to be accessible to third-parties without their consent. Anyone who has a Facebook account between May 24, 2007 and December 22, 2022 in the U.S. is included in the settlement class.

C. What date and approximate time did the events giving rise to your claim(s) occur?

*SOMETIME BETWEEN MAY 2007 AND DECEMBER 2022*

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

*SEE ATTACHED;*

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

*SEE ATTACHED;*

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

*SEE ATTACHED;*

CONTINUED;
SEE ATTACHED ... 6 OF 11

V. INJURIES

1. MENTAL ANGUISH

2. LEGAL EXPENSES

3. DEPRIVATION OF CONSTITUTIONAL RIGHTS

4. EMOTIONAL DISTRESS

5. EMBARRASSMENT

## VI. RELIEF  (1)

WHEREFORE, PLAINTIFF REQUEST that the Court GRANT the FOLLOWING RELIEF.

A. ISSUE A DECLARATORY JUDGEMENT Stating that:

1. THE CONFIDENTIAL RECORDS DATA ABUSE OF THE PLAINTIFF BY DEFENDANT(S)

Violated the Plaintiffs Rights With the United States constitution Under State Law.

B. ISSUE AN INJUCTION ORDERING DEFENDANT(S)

OR THEIR ADMINISTRATOR OF SETTLEMENT to:

1. IMMEDIATELY ARRANGE AND CARRY OUT WITHOUT DELAY FOR the Plaintiffs NEED FOR A SETTLEMENT.

C. AWARD COMPENSATORY DAMAGES IN THE FOLLOWING AMOUNTS:

1. $100,000 AGAINST DEFENDANT(S).

Resulting the Failure to Allow the Social Media Platform

CONTINUED;
SEE ATTACHED... PAGE 5 OF 11

## VI. Relief

(2)

Allowed their data to be accessible to third-parties without consent.

D. Award punitive damages in the following amounts:

$50,000 against Defendant(s)

E. Grant such other relief as it may appear that Plaintiff is entitled.

Date: 7/11/2023

Respectfully Submitted

Name: Carlos Cardona
DC# L03890

Address: Florida State Prison
P.O. Box 800
Raiford, FL. 32083

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

N/A

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☒ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

   _____

2. What did you claim in your grievance?

   _____

3. What was the result, if any?

   _____

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   _____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

SETTLEMENT CLASS FOR FACEBOOK

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

　　1. Parties to the previous lawsuit
　　　Plaintiff(s) _____
　　　Defendant(s) _____

　　2. Court *(if federal court, name the district; if state court, name the county and State)*
　　　_____

　　3. Docket or index number
　　　_____

　　4. Name of Judge assigned to your case
　　　_____

　　5. Approximate date of filing lawsuit
　　　_____

　　6. Is the case still pending?
　　　☐ Yes
　　　☐ No
　　　If no, give the approximate date of disposition. _____

　　7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
　　　_____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1.  Parties to the previous lawsuit

       Plaintiff(s) _____

       Defendant(s) _____

   2.  Court *(if federal court, name the district; if state court, name the county and State)*

       _____

   3.  Docket or index number

       _____

   4.  Name of Judge assigned to your case

       _____

   5.  Approximate date of filing lawsuit

       _____

   6.  Is the case still pending?

       ☐ Yes

       ☐ No

       If no, give the approximate date of disposition _____

   7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

       _____

IX.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/16/2023

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: CARLOS CARDONA
Prison Identification #: L03890
Prison Address: FLORIDA STATE PRISON, RAIFORD, FL 32083

B.    **For Attorneys**

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
                City        State        Zip Code
Telephone Number: _____
E-mail Address: _____

